In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00017-CR

                                                ______________________________

 

 

 

                                                       IN RE:  STEVEN E. PEEK

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by
Justice Carter

 

                                                                              

                                                                              








                                                     MEMORANDUM 
OPINION

 

            Relator,
Steven E. Peek, has filed with this Court his petition seeking a writ of
mandamus directing Respondent, the Honorable Laurine Blake, to rule on a motion
he filed pro se on August 14, 2009.

            In
his Motion for Trial Transcripts and Subsidiary Court Record/Documents, Peek
sought records relating to his December 10, 2008, conviction for the purpose of
filing an application for writ of habeas corpus.  From the record he provided in support of his
petition, it does not appear that Peek included a proposed order.  However, he does include in his record
correspondence he sent seeking to follow up on the motion and requesting a
ruling from the trial court.  In his
petition, Peek asks this Court to direct Judge Blake to rule on his motion; he
does not specifically seek an affirmative ruling.  In response to the petition, Respondent Judge
Blake has provided this Court with a handwritten notation dated August 27, 2009,
in which she refused Peek’s request.  It
does not appear that Peek received a copy of this ruling either when the ruling
was made or in response to his two subsequent inquiries into the matter.

            The relief requested has already
been granted, rendering Peek’s petition moot. 
See Dow Chem. Co. v. Garcia,
909 S.W.2d 503, 505 (Tex. 1995) (holding that when court cannot take any 




 

action
that can effect the requested relief, it is proper for court to dismiss as moot
the petition for writ of mandamus). 
Having concluded that what Peek requests had already been completed––albeit
without notice to him, we dismiss as moot his petition for writ of mandamus.

 

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          February 17, 2010

Date Decided:             February 18, 2010

 

Do Not Publish